◼ VILLAGE OF HONEOYE FALLS, Respondent, v BASIL T. ELMER, Appellant, et al., Defendant. (Appeal No. 2.)—Order unanimously vacated in view of our decision in *Village of Honeoye Falls v Elmer,* 69 AD2d 1010.) (Appeal from order of Monroe Supreme Court—contempt.) Present—Schnepp, J. P., Callahan, Doerr and Witmer, JJ.